# DANE S. FIELD
## CHAPTER 7 TRUSTEE

P.O. Box 4198  
Honolulu, Hawaii 96812

Tele: (808) 232-8788  
email: Dfield@hawaii.rr.com

Clerk of the Bankruptcy Court  
Attn: Amy Young  
1132 Bishop St.  
Suite 250-L  
Honolulu, HI 96813

Re: Y's Printing and Graphics Corp. 08-01596; small dividend checks under $5.00 per local rule 3010.

Dear Ms. Young:

Enclosed is a check for $8.53 which comprises the payments to the following creditors of the above referenced case:

| | |
|---|---|
| ENNIS Inc.<br>P.O. Box 841741<br>Dallas, TX 75284-1741 | 2.89 |
| Hawaii National Bank<br>Dillingham Branch<br>1505 Dillingham Blvd.<br>Honolulu, HI 96817-4822 | 3.49 |
| G.K. Takata & Associates CPA<br>1804 Republican Street<br>Honolulu, HI 96819-3113 | 2.06 |
| Keen Kutter Sharpening<br>738 Gulick Avenue<br>Honolulu, HI 96819-3337 | .09 |

If you have any questions or concerns please contact me.

Sincerely,

Dane S. Field  
Trustee